[No. 10768–6–II. Division Two. December 21, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY THACKER, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 86–1–00189–4, Robert L. Charette, J., entered February 18, 1987. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, A.C.J., and Petrich, J.

[No. 11146–2–II. Division Two. December 21, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN CURALLI, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86–1–02518–1, Robert H. Peterson, J., entered June 17, 1987. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, A.C.J., and Petrich, J.

[No. 8207–5–III. Division Three. December 22, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JOE L. MARROQUIN, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 86–1–00098–7, Clinton J. Merritt, J., entered October 10, 1986. *Affirmed* by unpublished opinion per Day, J. Pro Tem., concurred in by Munson, A.C.J., and Green, J.